**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Dewayne Egly
      Plaintiff,

v.            Case No.: 1:08−cv−02243
            Honorable Joan B. Gottschall

TDF Corporation
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

  MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 6/18/2008. Rule 26(a)(1) disclosures shall be exchanged by 7/9/08. Defendant to answer or otherwise plead on or before 6/25/2008. Response by 7/16/2008. Reply in support is due by 7/30/2008. Status hearing date will be set with ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.