## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Dewayne Egly, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08 CV 2243 |
| | ) |
| v. | ) Judge: Gottschall |
| | ) Magistrate Judge: Mason |
| TDF Corporation, | ) |
| | ) |
| | ) <u>Jury Trial Demanded</u> |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

TO:   John W. Carver
       Tressler, Soderstrom, Maloney & Priess
       233 South Wacker Drive
       Suite 2200
       Chicago, IL 60606-6308
       (312) 627-4000
       jcarver@tsmp.com

PLEASE TAKE NOTICE that on the 25th day of June, 2008 I caused to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Motion to Dismiss or Transfer Venue**, a copy of which is attached hereto and served upon you.

                                               /s/ John O'Connor
                                               _____
                                               One of Defendant's Attorneys

## CERTIFICATE OF SERVICE

      I, John O'Connor, an attorney, hereby certify that I caused copies of this notice and the attached referenced document to be electronically filed with the Clerk of Court which will send notification of such filing to the above-referenced address on this 25th day of June, 2008.

                                          /s/ John O'Connor_____

John O'Connor
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
Attorneys for Defendant
900 W. Jackson Blvd., Suite 6 West
Chicago, Illinois  60607
(312) 421-5960