JWC/MK/cmj/435981                                                                8218-1-642-433

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEWAYNE EGLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2243 |
| | ) | |
| TDF CORPORATION, an Illinois corporation, | ) | Judge Joan B. Gottschall |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MAILING**

To:

Matthew P. Pappas, Esq.            Elizabeth Hubbard
Pappas & Schnell, P.C.             John C. O'Connor
1617 Second Avenue, Suite 300      Brian D. Ekstrom
Rock Island, Illinois 61201        Hubbard & O'Connor
                                   900 West Jackson, Suite 6W
                                   Chicago, Illinois 60607

PLEASE TAKE NOTICE THAT on **July 9, 2008** the undersigned served Plaintiff's Rule 26(A)(1) Initial Disclosures upon the attorneys listed above via U.S. Mail at 233 South Wacker Drive, Chicago, Illinois, with proper postage prepaid.

DEWAYNE EGLY

By:    /s/ John W. Carver
       One of His Attorneys

John W. Carver
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
312-627-4000

Certificate of Service

The undersigned certifies that on July 9, 2008 this Notice of Mailing was electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the above-listed attorneys through the Court's electronic filing system. Said parties may access this filing through the Court's system.

/s/ John W. Carver