JWC/MK/cmj/435981                                                              8218-1-642-433

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DEWAYNE EGLY,                )                                 | |
|                              )                                 | |
|     Plaintiff,               )                                 | |
|                              )                                 | |
| v.                           )  Case No. 08 CV 2243            | |
|                              )                                 | |
| TDF CORPORATION, an Illinois corporation,  )  Judge Joan B. Gottschall | |
|                              )                                 | |
|     Defendant.               )                                 | |

### NOTICE OF FILING

To:

Matthew P. Pappas, Esq.            Elizabeth Hubbard
Pappas & Schnell, P.C.             John C. O'Connor
1617 Second Avenue, Suite 300      Brian D. Ekstrom
Rock Island, Illinois 61201        Hubbard & O'Connor
                                   900 West Jackson, Suite 6W
                                   Chicago, Illinois 60607

   PLEASE TAKE NOTICE THAT on **July 16, 2008** there was filed electronically with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Plaintiff's Memorandum of Law in Opposition to Defendant TDF Corporation's Motion to Dismiss or Transfer Venue,** using the CM/ECF system.

                                        DEWAYNE EGLY

                              By:     /s/ John W. Carver
                                      One of His Attorneys

John W. Carver
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
312-627-4000

### Certificate of Service

   I hereby certify that on July 16, 2008, I electronically filed this Notice of Filing and Plaintiff's Memorandum of Law in Opposition to Defendant TDF Corporation's Motion to Dismiss or Transfer Venue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above-listed attorneys through the Court's electronic filing system. Said parties may access this filing through the Court's system.

                                        /s/ John W. Carver